Robert Paul WELCH, Respondent,

v.

STATE of Missouri, Appellant.

No. 62778.

Missouri Court of Appeals,
Eastern District,
Division One.

June 22, 1993.

Raymond L. Legg, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Movant appeals from a denial, without an evidentiary hearing, of his 24.035 post-conviction motion. We affirm per Rule 84.-16(b) and Rule 30.25(b). The motion court did not clearly err. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information only.